

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2024

No. 04-24-00381-CR

**IN RE** Adriana **RAMOS-TRUJILLO**, et al., Relators

Original Proceeding[1]

### ORDER

On May 31, 2024, Relators filed a petition for writ of mandamus. After considering the petition, the real party in interest's response, and Relators' reply, this court concludes Relators are not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

It is so **ORDERED** on July 10, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of five separate cases pending in the County Court, Maverick County, Texas, with the Honorable Susan D. Reed presiding in each case: Cause No. 34931, styled *The State of Texas v. Adriana Ramos-Trujillo*; Cause No. 34930, styled *The State of Texas v. Mileidy Ramos-Valdes*; Cause No. 34933, styled *The State of Texas v. Herminia Iparraguirre-Huanuco*; Cause No. 34932, styled *The State of Texas v. Brenda Corrales-Suarez*; and Cause No. 34934, styled *The State of Texas v. Marco Ascon-Damian*.